UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL DEUTSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATUS RESEARCH & DEVELOPMENT GMBH, JARRAD HOPE, and CARL BENNETTS,<br><br>Defendants. | No. 1:20-cv-02815-NRB<br><br>Hon. Naomi Reice Buchwald |

## NOTICE OF MOTION FOR LEAVE FOR ALTERNATIVE SERVICE

PLEASE TAKE NOTICE that Plaintiff in the above-captioned action moves for leave for alternative service pursuant to Federal Rule of Civil Procedure 4 upon Defendants Jarrad Hope and Carl Bennetts. In support of this motion, Plaintiff relies upon the accompanying memorandum of law, declaration of Jordan A. Goldstein and exhibits, and any other written or oral argument as may be requested or permitted by the Court.

Dated:    August 3, 2020
         New York, New York

Respectfully submitted,

| | |
|---|---|
| */s/ Philippe Z. Selendy* | */s/ Kyle W. Roche* |
| Philippe Z. Selendy | Kyle W. Roche |
| Jordan A. Goldstein | Edward Normand |
| Spencer Gottlieb | Velvel (Devin) Freedman |
| David Coon | Jordana Haviv |
| SELENDY & GAY PLLC | ROCHE CYRULNIK |
| 1290 Sixth Avenue, 17th Floor |   FREEDMAN LLP |
| New York, NY 10104 | 99 Park Avenue, 19th Floor |
| pselendy@selendygay.com | New York, NY 10016 |
| jgoldstein@selendygay.com | kyle@rcfllp.com |
| sgottlieb@selendygay.com | tnormand@rcfllp.com |
| dcoon@selendygay.com | vel@rcfllp.com |
| | jhaviv@rcfllp.com |

*Attorneys for Plaintiff and the Class*