# Exhibit A

# ZUSTELLUNGSZEUGNIS
## CERTIFICATE
### ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. **dass der Antrag erledigt worden ist***
  that the document has been served*
  que la demande a été exécutée*

| | |
|---|---|
| − am (Datum): the (date) / le (date) | 27. Mai 2020 |
| − in (Ort, Straße, Nummer): at (place, street, number) / à (localité, rue, numéro) | Baarerstr. 10, 6300 Zug |
| − in einer der folgenden Formen nach Artikel 5: in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |

☒ a) **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *)**
    in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
    selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) **in der folgenden besonderen Form***
    in accordance with the following particular method*
    selon la forme particulière suivante* :

☐ c) **durch einfache Übergabe***
    by delivery to the addressee, if he accepts it voluntarily*
    par remise simple*

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Name und Stellung der Person:** Identity and description of person: Identité et qualité de la personne : | Rahel Nägeli Bevollmächtigte |
| **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:** Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Angestellte der Firma |

☐ 2. **dass der Antrag aus folgenden Gründen nicht erledigt werden konnte***:
  that the document has not been served, by reason of the following facts*:
  que la demande n'a pas été exécutée, en raison des faits suivants* :

☐ Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Anlagen**
Annexes / Annexes

| | |
|---|---|
| **Zurückgesandte Schriftstücke:** Documents returned: Pièces renvoyées: | Doppel der Dokumente |
| **Gegebenenfalls Erledigungsstücke:** In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

* Wenn zutreffend
  if appropriate / s'il y a lieu

| | |
|---|---|
| **Ausgefertigt in** Done at / Fait à  Zug, **am** 2. Juli 2020 the / le | **Unterschrift und/oder Stempel** Signature and/or stamp / Signature et / ou cachet [signature] [stamp: OBERGERICHT KANTON ZUG] |

S.D.N.Y. Case No. 1:20-CV-02815

Ständiges Büro, Januar 2015

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

*Stamp: Obergericht des Kantons Zug — E — 11. Mai 2020 — Postaufgabe:*

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Bezeichnung und Anschrift der ersuchenden Stelle / Identity and address of the applicant / Identité et adresse du requérant | Anschrift der Bestimmungsbehörde / Address of receiving authority / Adresse de l'autorité destinataire |
|---|---|
| Aaron Lukken, R.A.<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131 USA<br>Tel. +1.816.200.1383<br>lukken@vikinglaw.us | Obergericht Zug<br>Rechtshilfe<br>Kirchenstrasse 6<br>Postfach 760<br>6301 Zug |

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(Name und Anschrift)** / (identity and address) / (identité et adresse)

Status Research & Development GmbH
Baarerstrasse 10
6302 Zug

[X] a) **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)*)**
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

[ ] b) **in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)*):**
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:

[ ] c) **gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.**
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
le cas échéant, par remise simple (article 5, alinéa 2)*

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

**Verzeichnis der Schriftstücke**
List of documents / Énumération des pièces

- Hague Service Convention Warning
- Summary of Documents to Be Served
- Summons in a Civil Action
- Class Action Complaint
- Civil Cover Sheet (with Rider)

* Wenn zutreffend.
  if appropriate / s'il y a lieu

| Ausgefertigt in Kansas City, Missouri, USA<br>Done at / Fait à<br>am 7. Mail 2020<br>the / le | Unterschrift und / oder Stempel<br>Signature and/or stamp / Signature et / ou cachet<br><br>*[signature]* |
|---|---|

S.D.N.Y. Case No. 1:20-CV-02815

Ständiges Büro, Januar 2015