# Exhibit B


