# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER CLIFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATUS RESEARCH & DEVELOPMENT GMBH, JARRAD HOPE, and CARL BENNETTS,<br><br>Defendants. | Case No. 1:20-cv-02815-NRB<br><br>Honorable Naomi Reice Buchwald |

## CERTIFICATE OF SERVICE

I, Jordan A. Goldstein, hereby certify that on this 4th day of August, 2020, true and correct copies of (1) Notice of Motion for Leave for Alternative Service; (2) Proposed Order Granting Plaintiff's Motion for Alternative Service; (3) Plaintiff's letter outlining the substantive argument advanced in Plaintiff's memorandum of law in support of his motion for alternative service on Defendants Jarrad Hope and Carl Bennetts; (4) Memorandum of Law in Support of Plaintiff's Motion for Alternative Service, and (5) Declaration of Jordan A. Goldstein and accompanying exhibits, were served by First Class Mail via United States Postal Service on the following:

Jarrad Hope
c/o Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Carl Bennetts
c/o Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

*/s/ Jordan A. Goldstein*
Jordan A. Goldstein