```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
JOEL DEUTSCH,

                Plaintiff,

        - against -

STATUS RESEARCH & DEVELOPMENT GMBH,                    ORDER
JARRAD HOPE, and CARL BENNETTS,
                                                  20 Civ. 2815 (NRB)
                Defendants.
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Having reviewed the parties' pre-motion letters, dated October 23, 2020 and October 28, 2020, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

    Plaintiff is reminded that if, consistent with Rule 11, he can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best interest of both the parties and the Court for plaintiff to assert them now, before briefing on the proposed motions.  Plaintiff is thus granted leave to file an amended complaint within two weeks of this Order. At that time, if no amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendants' motion to the filing of defendants' reply.

**SO ORDERED.**

Dated:   New York, New York
         October 29, 2020

                                                    _____
                                                    NAOMI REICE BUCHWALD
                                                    UNITED STATES DISTRICT JUDGE