UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL DEUTSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATUS RESEARCH AND DEVELOPMENT GmbH, JARRAD HOPE, and CARL BENNETTS,<br><br>Defendants. | No. 1:20-cv-02815-NRB<br><br>CORRECTED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Joel Deutsch and Plaintiff Alexander Clifford (who is not a Lead Plaintiff in this matter), through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed in its entirety, without prejudice and without costs or attorneys' fees to any party, against Defendants Status Research and Development GmbH, Jarrad Hope, and Carl Bennetts.

Dated:  April 29, 2021
        New York, NY

| | |
|---|---|
| | /s/ Jordan A. Goldstein |
| Kyle W. Roche | Philippe Z. Selendy |
| Edward Normand | Jordan A. Goldstein |
| Velvel (Devin) Freedman (pro hac vice) | David Coon |
| Jordana L. Haviv | SELENDY & GAY PLLC |
| ROCHE FREEDMAN LLP | 1290 Sixth Avenue, 17th Floor |
| 99 Park Avenue, 19th Floor | New York, NY 10104 |
| New York, NY | pselendy@selendygay.com |
| kyle@rcfllp.com | jgoldstein@selendygay.com |
| tnormand@rcfllp.com | dcoon@selendygay.com |
| vel@rcfllp.com | |
| jhaviv@rcfllp.com | *Co-Lead Counsel and Attorneys for Plaintiff and the Proposed Class* |